**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EVELYN V. ROOK**                                                                **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO.: 2:12-CV-00180**

**TAKE CARE HEALTH AND WELLNESS CLINIC**            **DEFENDANTS**

**ORDER**

Presently before the court are the motion to proceed *in forma pauperis* and to appoint counsel [1] of Evelyn Rookand the Report and Recommendation of the United States Magistrate Judge dated October 1, 2012. In light of plaintiff's payment of the filing fee in this matter, the motion to proceed *in forma pauperis* is dismissed as moot. The court finds that the remainder of the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.

SO ORDERED, this the 15th day of January, 2013.

                                                     **/s/ MICHAEL P. MILLS**
                                                     **CHIEF JUDGE**
                                                     **UNITED STATES DISTRICT COURT**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**