**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EVELYN V. ROOK**                                                                       **PLAINTIFF**

**V.**                                                  **CAUSE NO. 2:12CV00180-MPM-JMV**

**TAKE CARE HEALTH AND WELLNESS CLINIC**                     **DEFENDANT**

**ORDER**

Upon further review of the record of this action, the undersigned issued a Report and Recommendation on October 1, 2012, recommending that Plaintiff's motions to proceed *in forma pauperis* ("ifp") and for appointment of counsel [1] be denied. By Order [5] dated January 15, 2013, the district judge determined that Plaintiff's motion to proceed ifp was moot, Plaintiff having paid the filing fee for this action on October 11, 2012, but otherwise adopted the Report and Recommendation. Accordingly, it is

**ORDERED** that the *pro se* Plaintiff is responsible for service of process upon the Defendant and shall have sixty (60) days from this date to effect service of process.

**THIS** 16th day of January, 2013.

                                                                           /s/ Jane M. Virden
                                                                       U. S. MAGISTRATE JUDGE